# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE HECKMANN CORPORATION
SECURITIES LITIGATION

Case No. 1:10-cv-00378-LPS-MPT

## UNOPPOSED MOTION FOR PRELIMINARY
## APPROVAL OF PROPOSED SETTLEMENT

Court-appointed Lead Plaintiff Matthew Haberkorn and proposed class representative Ronald C. Sullivan respectfully move this Court for the entry of an Order: (i) granting preliminary approval of the proposed settlement (the "Settlement") set forth in the Stipulation of Settlement dated March 4, 2014 (the "Stipulation); (ii) conditionally certifying the proposed Settlement Class for purposes of settlement; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; (iv) setting a hearing date to consider final approval of the Settlement, approval of the plan of allocation, Co-Lead Counsel's motion for an award of attorneys' fees and expenses and Lead Plaintiff's request for reimbursement of costs and expenses in connection with his representation of the Settlement Class; and (v) setting a schedule for various deadlines in connection with the Settlement.

The reasons for this motion are set forth in the accompanying brief, the Stipulation and the exhibits attached thereto. A proposed form of Order is attached hereto as Exhibit A.

| | |
|---|---|
| **KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP**<br>Sharan Nirmul (Del. Bar No. 4589)<br>Richard A. Russo, Jr. (*pro hac vice*)<br>Meredith L. Lambert (*pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>snirmul@ktmc.com<br><br>Dated: March 4, 2014 | **ROSENTHAL, MONHAIT**<br>**& GODDESS, P.A.**<br><br>*/s/ P. Bradford deLeeuw*<br>Norman M. Monhait (Del. Bar No. 1040)<br>P. Bradford deLeeuw (Del. Bar No. 3569)<br>919 Market Street, Suite 1401<br>Wilmington, Delaware 19899<br>Tel: (302) 656-4433<br>nmonhait@rmgglaw.com<br>bdeleeuw@rmgglaw.com |