**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

IN RE HECKMAN CORPORATION          :
SECURITIES LITIGATION              :          C. A. No. 10-378-LPS/MPT
                                   :

**ORDER**

At Wilmington this **13**th day of **March, 2014**.

IT IS ORDERED that a telephonic hearing has been scheduled for **Friday, March 21, 2014 at 4:00 p.m. Eastern Time** with Magistrate Judge Thynge to address the motion for preliminary approval of proposed settlement (DI 286).  **Peter Bradford deLeeuw, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel shall provide Mr. deLeeuw a list of the teleconference participants by **Thursday, March 20, 2014 by no later than 12:00 Noon.**  Mr. deLeeuw shall in turn provide Judge Thynge with a list of the participants by no later than **4:00 p.m., March 20, 2014,** by fax or email, with a copy to the Judge's Judicial Administrator, Cathleen Kennedy.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE