IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE HECKMANN CORPORATION SECURITIES LITIGATION | Case No. 1:10-cv-00378-LPS-MPT |

## MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

Lead Plaintiff Matthew Haberkorn and Settlement Class Representative Ronald Sullivan ("Plaintiffs") respectfully move this Court for the entry of an Order: (i) granting final approval of the proposed settlement (the "Settlement") set forth in the Stipulation of Settlement dated as of March 4, 2014 (the "Stipulation) and preliminarily approved by the Court on March 24, 2014 (D.I. 293); and (ii) approving the proposed Plan of Allocation of Net Settlement Fund Among Settlement Class Members ("Plan of Allocation") set forth in the Notice of Pendency and Proposed Settlement of Class Action, Motion For Attorneys' Fees and Litigation Expenses, and Final Approval Hearing (D.I. 287-2). The reasons for this motion are set forth more fully in the accompanying brief, declarations and exhibits filed concurrently herewith.

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **ROSENTHAL, MONHAIT & GODDESS, P.A.** |
| Sharan Nirmul (Del. Bar No. 4589) | |
| Richard A. Russo, Jr. (*pro hac vice*) | */s/ P. Bradford deLeeuw* |
| Meredith L. Lambert (*pro hac vice*) | Norman M. Monhait (Del. Bar No. 1040) |
| Jennifer L. Enck | P. Bradford deLeeuw (Del. Bar No. 3569) |
| 280 King of Prussia Road | 919 Market Street, Suite 1401 |
| Radnor, PA 19087 | Citizens Bank Center |
| Tel: (610) 667-7706 | Wilmington, Delaware 19899 |
| snirmul@ktmc.com | Tel: (302) 656-4433 |
| | nmonhait@rmgglaw.com |
| | bdeleeuw@rmgglaw.com |

Dated: May 22, 2014