# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE HECKMANN CORPORATION SECURITIES LITIGATION | Case No. 1:10-cv-00378-LPS-MPT |

## APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES AND REIMBURSEMENT OF COSTS TO LEAD PLAINTIFF

In connection with the Court's final approval of the settlement of this action (the "Litigation"), Co-Lead Counsel Kessler Topaz Meltzer & Check, LLP and Rosenthal, Monhait & Goddess, P.A. ("Co-Lead Counsel") and Lead Plaintiff Matthew Haberkorn respectfully move this Court for the entry of an Order: (i) awarding Co-Lead Counsel attorneys' fees in the amount of 33 1/3% of the Settlement Fund; (ii) reimbursing Co-Lead Counsel expenses incurred in prosecuting and resolving the Litigation in the amount of $1,007,747.74, plus interest; and (iii) awarding Lead Plaintiff costs and expenses incurred by Lead Plaintiff in connection with his representation of the Settlement Class in the amount of $58,065.00.

The reasons for this motion are set forth more fully in the accompanying brief, declarations and exhibits filed concurrently herewith.

| | |
|---|---|
| **KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP**<br>Sharan Nirmul (Del. Bar No. 4589)<br>Richard A. Russo, Jr. (*pro hac vice*)<br>Meredith L. Lambert (*pro hac vice*)<br>Jennifer L. Enck<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>snirmul@ktmc.com | **ROSENTHAL, MONHAIT**<br>**& GODDESS, P.A.**<br><br>*/s/ P. Bradford deLeeuw*<br>Norman M. Monhait (Del. Bar No. 1040)<br>P. Bradford deLeeuw (Del. Bar No. 3569)<br>919 Market Street, Suite 1401<br>Citizens Bank Center<br>Wilmington, Delaware 19899<br>Tel: (302) 656-4433<br>nmonhait@rmgglaw.com<br>bdeleeuw@rmgglaw.com |

Dated: May 22, 2014